1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  JEFFREY M. RATINOFF (SBN 197241)                **E-Filed 6/25/2009**
   Email: jratinoff@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
5  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
6  Palo Alto, CA  94306-2155
   Telephone:  (650) 251-7700
7  Facsimile:   (650) 251-7739

8  Attorneys for Defendant and Counterclaimant,
   A10 NETWORKS, INC.
9

10 JAMES CAI (SBN 200189)
   Email: jcai@sacattorneys.com
11 ROBERT CHOJNACKI (SBN 169936)
   Email: rchojnacki@sacattorneys.com
12 SCHEIN & CAI LLP
   111 W. St. John Street, Suite 1250
13 San Jose, CA  95113
   Telephone:  (408) 436-0789
14 Facsimile:  (408) 436-0758

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN JOSE DIVISION**

| | |
|---|---|
| 18  CHAUNRONG (MIKE) LI, | Case No. CV 08-05465 JF |
| 19                    Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 20        vs. | **ORDER CONTINUING CASE** **MANAGEMENT CONFERENCE** |
| 21  A10 NETWORKS, INC. and DOES 1-50, | Judge:  Hon. Jeremy Fogel |
| 22  inclusive, | |
| 23 | Complaint Filed:      December 5, 2008 |
| 24                    Defendants. | Counterclaims Filed: January 15, 2009 Trial Date:          None Set |
| 25  AND RELATED COUNTERCLAIMS. | |
| 26 | |

27

28

## STIPULATION

WHEREAS, on April 10, 2009, the Court held an initial case management conference in the above-mentioned matter;

WHEREAS, during the initial case management conference the Court ordered a further case management conference to be held on July 10, 2009;

WHEREAS, on June 22, 2009, Plaintiff and Counter-Defendant CHAUNRONG (MIKE) LI ("Li") and Defendant and Counterclaimant A10 NETWORKS, INC. ("A10") ("the parties") participated in a mediation;

WHEREAS, the parties did make progress and have scheduled a second mediation session on September 3, 2009;

WHEREAS the parties would like to focus their resources on attempting to resolve the matter and believe continuing the July 10, 2009 case management conference to a date after September 3, 2009 is in furtherance of this purpose;

WHEREAS, the parties represent that this extension is not for the purpose of delay, and the parties believe that this extension of time will not affect any other dates that have been set by the Court.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to this request that the currently scheduled further case management conference be

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE                                          CASE NO. CV 08-05465 JF

1 | continued from 10:30 a.m. on July 10, 2009 to 10:30 a.m. on September 8, 2009, or a date thereafter

2 | that is convenient for the Court.

3

4 | Dated:  June 24, 2009                    Respectfully submitted,

5 |                                          MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                            POPEO, P.C.

6

7 |                                          /s/ Karineh Khachatourian
                                            By:   KARINEH KHACHATOURIAN
8 |                                                JEFFREY M. RATINOFF
                                                  Attorneys for Defendant and Counterclaimant,
9 |                                                A10 NETWORKS, INC.

10 | Dated:  June 24, 2009                   SCHEIN & CAI LLP

11 |                                         /s/ Robert C. Chojnacki
                                            By:   ROBERT C. CHOJNACKI
12 |                                               Attorneys for Plaintiff and Counter-Defendant,
                                                  CHAUNRONG (MIKE) LI
13

14

15 |         PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

16 |         The July 10, 2009 Case Management Conference is HEREBY VACATED.  The Court will

17 | hold a Further Case Management Conference on __September__ _11_, ____ at _10_:_30 am_  in Courtroom

18 | 3, 5th Floor, 280 South 1st Street, San Jose, California 95113.

19

20 | Dated:  ___6/25/2009_____

21

22 |                                          _____
                                            THE HONORABLE JEREMY FOGEL
23 |                                         UNITED STATES DISTRICT COURT JUDGE

24

25

26 | 4648659v.1

27

28

- 2 -