JAMES CAI (SBN 200189)
Email: jcai@sacattorneys.com
ROBERT CHOJNACKI (SBN 169936)
Email: rchojnacki@sacattorneys.com
SCHEIN & CAI LLP
111 W. St. John Street, Suite 1250
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff and Counter Defendant,
**CHAUNRONG (MIKE) LI**

KARINEH KHACHATOURIAN
(SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant and Counterclaimant,
**A10 NETWORKS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNRONG (MIKE) LI,<br><br>      Plaintiff,<br><br>vs.<br><br>A10 NETWORKS, INC. and DOES 1-50, inclusive,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-05465 JF<br><br>**STIPULATION REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeremy Fogel<br><br>Complaint Filed: December 5, 2008<br>Counterclaims Filed: January 15, 2009<br>Trial Date: None Set<br>Conference Date: September 11, 2009<br>Conference Time: 10:30 a.m.<br>Courtroom: 3 |

1   On June 22, 2009 Plaintiff and Counter-claim Defendant Chaunrong (Mike) Li ("Plaintiff") and Defendant and Counterclaim Plaintiff A10 Networks, Inc. ("Defendant") (collectively "parties") attended a mediation in this matter. The parties are presently engaged in further settlement negotiations but require additional time because Plaintiff is presently out of the United States.

The parties have agreed that in order to focus on settlement negotiations, and avoid unnecessary attorney's fees and expenses, any and all discovery issues in this matter will be stayed until September 10, 2009. If the case does not settle the parties will meet and confer on September 10, 2009. Any supplemental discovery responses will be due on September 24, 2009.

Based on the above, the parties respectfully request that the Court continue the Case Management Conference presently scheduled for September 11, 2009, at 10:30 a.m. in Courtroom 3, at least 60 days.

Dated: August 21, 2009          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/

By: KARINEH KHACHATOURIAN
    JEFFREY M. RATINOFF
    Attorneys for Defendant and Counterclaimant,
    A10 NETWORKS, INC.

Dated: August 21, 2009          SCHEIN & CAI LLP

/s/

By: JAMES CAI
    ROBERT CHOJNACKI
    Attorneys for Plaintiff and Counter Defendant,
    CHAUNRONG (MIKE) LI

- 1 -

STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. CV 08-05465 JF

1
2
3  **PURSUANT TO STIPULATION AND AS MODIFIED BY THE COURT, IT IS HEREBY ORDERED THAT:**
4
5  The Case Management Conference in the above entitled action is continued to
6  November 13, 2009
7  Dated: 8/26/09
8
9
10  THE HONORABLE JEREMY FOGEL
   UNITED STATES DISTRICT COURT JUDGE
11

- 2 -
STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. CV 08-05465 JF

# PROOF OF SERVICE

**Case Name:** *Li v. A 10 Networks*
United States District Court
Northern District of California
**Case No.:** CV 08-054565 JF

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years, and am not a party to the within action. I am employed in the City of San Jose and County of Santa Clara, California, and my business address is 111 W. St. John Street, Suite 1250 San Jose, CA 95113. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date listed below, following ordinary business practice, I served the following document(s):

- **STIPULATION REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

On the party (ies) in this action, through his/her/their attorneys of record, by placing true and correct copies thereof in sealed envelope(s), addressed as shown on the attached Service List for service as designated below:

(X)  (By U.S. Mail) I placed, on the date shown below, at my place of business, a true copy thereof, enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed to those listed on the attached Service List.

( )  (By Personal Service) I caused such envelope(s) to be delivered by hand on August 25, 2009 to the offices of the addressee(s).

(X)  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed on August 25, 2009 at San Jose, California.

/s/

_____
**CYNTHIA LONGORIA**

PROOF OF SERVICE

**Service List**

Karineh Khachatourian
Mintz, Levin Cohen Ferris Glovsky
5 Palo Alto Square- 6th Floor
3000 El Camino Real
Palo Alto, CA 94306