KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

Attorneys for Defendant and Counterclaimant,
A10 NETWORKS, INC.

JAMES CAI (SBN 200189)
Email: jcai@sacattorneys.com
ROBERT CHOJNACKI (SBN 169936)
Email: rchojnacki@sacattorneys.com
SCHEIN & CAI LLP
111 W. St. John Street, Suite 1250
San Jose, CA  95113
Telephone:  (408) 436-0789
Facsimile:  (408) 436-0758

Attorneys for Plaintiff and Counter Defendant,
CHAUNRONG (MIKE) LI.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHAUNRONG (MIKE) LI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>A10 NETWORKS, INC. and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. CV 08-05465 JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Judge:  Hon. Jeremy Fogel<br><br>Complaint Filed:     December 5, 2008<br>Counterclaims Filed: January 15, 2009<br>Trial Date:          None Set |
| AND RELATED COUNTERCLAIMS. | |

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL     CASE NO. CV 08-05465 JF

1  Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Chaunrong (Mike) Li and Defendant and Counterclaimant A10 Networks, Inc. (collectively, "the Parties") hereby submit this Stipulation through its attorneys to dismiss the above-captioned action with prejudice.

WHEREAS, the Parties entered into a Settlement Agreement on September 21, 2009; and

WHEREAS, the Settlement Agreement provides among other things that the Parties will file dismissal papers with the Court seeking dismissal of all claims and counterclaims raised in the action with prejudice.

ACCORDINGLY, the Parties, by and through their undersigned counsel, HEREBY STIPULATE that this action shall be dismissed in its entirety, with prejudice, with each party responsible for its own costs and fees.

Dated: September 28, 2009      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Karineh Khachatourian
By:   KARINEH KHACHATOURIAN
      BRYAN J. SINCLAIR
      JEFFREY M. RATINOFF
      Attorneys for Defendant and Counterclaimant,
      A10 NETWORKS, INC.

Dated: September 28, 2009      SCHEIN & CAI LLP

/s/ James Cai
By:   JAMES CAI
      ROBERT CHOJNACKI
      Attorneys for Plaintiff and Counter Defendant,
      CHAUNRONG (MIKE) LI

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.

Dated: 10/1/09

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE